**A CERTIFIED TRUE COPY**

NOV 2 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC 12 PM 2: 24

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

4:03cv1507   8:05cv465

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 28 2005

JAMES W. McCORMACK, CLERK
By _____ DEP CLERK

**CONDITIONAL TRANSFER ORDER (CTO-58)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,434 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

RECEIVED

DEC 1 2 2005

FOR THE PANEL:

CLERK
U.S. DISTRICT COURT
OMAHA

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

**Inasmuch as no objection is pending at this time, the stay is lifted.**

NOV 2 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _Martha Dugate_

## SCHEDULE CTO-56 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**     **CASE CAPTION**

**ARKANSAS WESTERN**
ARW 1 05-1094     Beverly Vernon v. Wyeth, Inc., et al.
ARW 2 05-2142     Bobby Davis v. Wyeth, et al.

**CALIFORNIA CENTRAL**
CAC 2 05-4762     Patricia Brunner v. Wyeth, et al.
~~CAC 2 05-6963~~     ~~Ginger Uyechi, et al. v. Novo Nordisk Delivery Technologies, Inc., et al.~~ Opposed 11/15/05

**CALIFORNIA NORTHERN**
CAN 4 05-1214     Annette Langer v. Wyeth, Inc., et al.

**FLORIDA SOUTHERN**
FLS 1 05-22466     Carole Repensek v. Wyeth, et al.
FLS 9 05-80841     Concetta Olin v. Wyeth, et al.

**ILLINOIS SOUTHERN**
ILS 4 05-4135     Darla Jean Dotson, et al. v. Wyeth, et al.

**KANSAS**
KS 2 05-2308     Martha J. Peyton, et al. v. Wyeth

**MINNESOTA**
MN 0 05-2061     Joan Litteer, et al. v. Wyeth, et al.
MN 0 05-2104     Nellie Cork v. Wyeth, et al.
MN 0 05-2129     Helga K. Smith v. Wyeth, et al.
MN 0 05-2209     Lillian Ciccarelli, et al. v. Wyeth, et al.
MN 0 05-2226     Patricia Price v. Wyeth, et al.
MN 0 05-2227     Rita Feinstein, et al. v. Wyeth, et al.
MN 0 05-2228     LaVerne Shanahan v. Wyeth, et al.
MN 0 05-2233     Ardella Pecha v. Wyeth Pharmaceuticals, Inc., et al.
MN 0 05-2234     Bonnie Bugh v. Wyeth Pharmaceuticals, Inc., et al.
MN 0 05-2235     Mary L. Norman v. Wyeth Pharmaceuticals, Inc., et al.
MN 0 05-2239     Edith Hoen v. Wyeth, et al.
MN 0 05-2240     Marie Francis v. Wyeth, et al.
MN 0 05-2282     Deborah Johnson v. Wyeth, et al.
MN 0 05-2312     Mary Ann Rearden v. Wyeth, et al.
MN 0 05-2313     Becky J. Carter v. Wyeth, et al.
MN 0 05-2314     Dimple Hisaw v. Wyeth, et al.
MN 0 05-2330     Thelma Wells v. Wyeth, et al.
MN 0 05-2345     Phyllis Nowak, et al. v. Wyeth, et al.
MN 0 05-2346     Mary Young v. Wyeth, et al.

**MISSOURI EASTERN**
MOE 4 05-1135     Mary C. Crider, et al. v. Wyeth
MOE 4 05-1136     Joyce E. Albin, et al. v. Wyeth, et al.
MOE 4 05-1271     Jayne Elizabeth Walters, et al. v. Wyeth, et al.

SCHEDULE CTO-56 - TAG-ALONG ACTIONS    MDL-1507                    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-254 | Betty A. Moore v. Wyeth, Inc., et al. |
| **NEBRASKA** | |
| NE 8 05-465 | Sharon Virka, et al. v. Wyeth, et al. |
| **OHIO NORTHERN** | |
| OHN 1 05-2118 | Lana Ann Nolen, et al. v. Wyeth, Inc., et al. |
| OHN 5 05-2116 | Jennifer Brubaker v. Wyeth, Inc., et al. |
| OHN 5 05-2117 | Rose Ann Mastroine v. Wyeth, Inc., et al. |
| OHN 5 05-2190 | Patricia Weigand v. Wyeth, Inc., et al. |
| **OHIO SOUTHERN** | |
| OHS 2 05-872 | Joyce A. West, et al. v. Wyeth, Inc., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 05-4064 | Barbara Strey, et al. v. Wyeth, et al. |
| PAE 2 05-4831 | Patricia K. Shumpert, et al. v. Wyeth, et al. |
| PAE 2 05-4832 | Dorothy P. Hooks, et al. v. Wyeth, et al. |
| **TEXAS EASTERN** | |
| TXE 1 05-601 | Judy Davis, et al. v. Wyeth, et al. |
| **TEXAS NORTHERN** | |
| TXN 5 05-191 | Jackie Gillen v. Wyeth, et al. |
| **TEXAS WESTERN** | |
| TXW 7 05-136 | Mildred Lucille Shields v. Wyeth, Inc. |
| **WYOMING** | |
| WY 2 05-250 | Colleen Langston, et al. v. Wyeth, Inc., et al. |